UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

G.M.,

Plaintiff,

vs. MINUTE ORDER

Beltrami County and
Raymond Aurelio Cota,

Defendants. Civ. No. 00-1767(JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 19th day of September, 2001.

* * *

Upon the parties' Joint Stipulation to Extend the Defendants' Expert Disclosure Deadline by twenty days from the October 1, 2001, to October 21, 2001, and good cause for the extension having been shown, we grant the extension requested. The Court will not favorably entertain any further Motion to extend the deadlines in this case, absent abundant cause.

NOW, THEREFORE, It is --

ORDERED:

1. That the Defendants' Motion to Extend the Defendant's Expert Witness Disclosures Deadline [Docket No. 34], as augmented by the Joint Stipulation to Extend Expert Disclosure Deadline [Docket No. 40], is GRANTED.

FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That the Defendants shall serve and file their expert witness disclosure by no later than **October 21, 2001**.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE