UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

G.M.,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Beltrami County and
Raymond Aurelio Cota,

Defendants.

Civ. No. 00-1767(JRT/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. John R. Tunheim, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: November 12th, 2002
At Duluth, Minnesota

FILED NOV 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK