2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

G. M.,

Plaintiff,

v.

RAYMOND COTA,

Defendant.

Civil No. 00-1767 JRT/RLE

**TRIAL NOTICE**

John E. Valen, VALEN LAW OFFICE, Post Office Box 1105, Walker, MN 56484; Susan A. McKay, McKAY LAW OFFICE, 11359 Window Drive, Eden Prairie, MN 55344, for plaintiff.

Jon K. Iverson, IVERSON REUVERS, 8585 78TH Street West, Suite 230, Bloomington, MN 55438, for defendant.

This matter is scheduled for trial on April 7, 2003 at 9:30 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 2 at the United States Courthouse, 118 South Mill Street, Fergus Falls, MN 56537.

Dated: February 14 2003
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FEB 1
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK