# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

G.M.

Case No. Civil 00-1767JRT/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Raymond Aurelio Cota

---

( X ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(   ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing and the action is dismissed on the merits, and the defendant recover his costs of the action.

DATE: April 11, 2003

John R. Tunheim

John R. Tunheim, Judge
U.S. District Court, District of Minnesota

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk