**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GINA MAUS,

Plaintiff,

v.

RAYMOND COTA,

Defendant.

Civil 00-1767 (JRT/RLE)

**ORDER**

---

Susan McKay, McKAY LAW OFFICE, 11359 Window Drive, Eden Prairie, MN 55344 and John E. Valen, VALEN LAW OFFICE, Post Office Box 1105, Walker, MN 56484, for plaintiff.

Jon K. Iverson, IVERSON REUVERS, 8585 78TH Street West, Suite 230, Bloomington, MN 55438, for defendant.

The defendant requests permission to contact the jurors who served in the trial of this case. Plaintiff's and defendant's counsel may be allowed to contact the jurors after jurors' service of jury duty is completed. However, counsel may contact the jurors by letter only, unless the individual jurors have given permission to contact them by other means.

**IT IS HEREBY ORDERED** that defendant's request to obtain the full name and address of each juror who sat in the above-entitled matter is **GRANTED.**

FILED 5-7-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court's Jury Clerk shall provide plaintiff's and defendant's counsel with the jurors' full names and addresses.

Dated: May 6, 2003
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge