# *United States District Court*
## *District of Minnesota*
### *Fifth Division - Duluth*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: Civ. 00-1767 (JMR/RLE)
Title of Action: GM v County of Beltrami, et al

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by Defendants, County of Beltrami and Raymond Cots and against the Plaintiff, GM, in the above entitled action on May 19, 2003.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: May 30, 2003

RICHARD D. SLETTEN, CLERK

By Susan E Anderson
Susan E. Anderson, Division Manager

U. S. District Court
417 Federal Building
515 West 1st Street
Duluth, MN 55802-1397
(218) 529-3502