**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

G. M.

Plaintiff

-vs-

Civ. 00-1767 (JRT/RLE)

County of Beltrami, Raymond Aurelio Cota

Defendant

**COST JUDGMENT**

The costs of the Defendants, County of Beltrami and Raymond Aurelio Cota, have been taxed and allowed by the Clerk of this Court against the Plaintiff, G. M. as follows:

| | | Claimed | Allowed |
|---|---|---|---|
| Fees of the Court Reporter | | 1,073.90 | 1,073.90 |
| Fees for witnesses | | 266.08 | 266.08 |
| Fees for exemplification and copies | | 716.50 | 716.50 |
| Docket Fees | | 20.00 | 20.00 |
| Other costs | | 4,000.00 | 4,000.00 |
| TOTAL: | $ | 6,076.94 | 6,076.94 |

Costs, therefore, are taxed in the sum of Six Thousand Seventy-Six Dollars and 94/100 in favor of the Defendants, County of Beltrami and Raymond Aurelio Cota and against the Defendant, G.M., judgment is entered accordingly. Motion for review by the Court made be made within five days hereafter and filed with the Clerk of Court.

Dated at Duluth, Minnesota, this 7th day of July 2003.

RICHARD D. SLETTEN, CLERK

By Susan E. Anderson
Susan E. Anderson
Division Manager

cc: all counsel

(94)